UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC.,<br>1712 Eye St., NW, Suite 915<br>Washington, DC 20006, and<br><br>RYAN NOAH SHAPIRO,<br>707 Pelton Ave., #314<br>Santa Cruz, CA 95060,<br><br>PLAINTIFFS<br><br>vs.<br><br>U.S. FISH AND WIDLIFE SERVICE<br>1849 C Street, NW,<br>Washington, DC 20240<br><br>DEFENDANT | Judge _____<br>Civil Action No. _____ |

## **COMPLAINT**

1. This is a FOIA case involving records relating to the decision of the U.S. Fish and Wildlife Service to issue permits for trophy hunting of elephants. Many of the documents subject to Plaintiffs' FOIA request are part of the administrative record upon which the U.S. Fish and Wildlife Service based its decision. The decision of the U.S. Fish and Wildlife Service is currently being challenged by two conservation groups in *Center for Biological Diversity, et al., v. Zinke*, case number 1:17-cv-02504. Therefore, there are overlapping questions of fact and law and both cases arise out of the same events.

## THE PARTIES

2. Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy. Property of the People's Operation 45 is dedicated to ensuring transparency and accountability for the Administration of Donald J. Trump, the 45th President of the United States.

3. Plaintiff Ryan Noah Shapiro is a founder of Property of the People and a Ph.D. candidate in the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a former Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Ryan Noah Shapiro is a historian of national security, the policing of dissent, and governmental transparency.

4. Defendant U.S. Fish and Wildlife Service (FWS) is an agency of the U.S. government.

5. FWS has possession, custody and control of the records Plaintiffs seek.

## JURISDICTION AND VENUE

6. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

7. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

8. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### Background

9. On November 17, 2017, the FWS published in the Federal Register that they were overturning the ban put in place during the Obama Administration on the importation of African elephant trophies. Under 50 CFR 17.40, the FWS is supposed to consider a number of factors to determine whether the killing of African elephants would actually enhance their survival. FWS

has stated that Zimbabwe Parks and Wildlife Management Authority regulatory programs "appear to be adequate," but the public deserves to know more about why precisely that is the case, among other bases for and information supporting the overturn of the ban.

<u>Plaintiffs' FOIA Request</u>

10. On December 11, 2017, Plaintiffs submitted to FWS via email a FOIA request for records relating to the FWS's reversal of a ban on African elephant trophies being imported into the United States, and various email correspondence between the FWS and the National Rifle Association, Safari Club International, the Archery Trade Association and the National Shooting Sports Foundation pertaining to the above matter. The timeframe for this request was January 20, 2017 onward.

11. On December 12, 2017, FWS acknowledged receipt of Plaintiffs' FOIA request and assigned it tracking number FWS-2018-00269.

12. More than 20 business days have elapsed since Plaintiffs submitted the FOIA request to FWS, but as of the filing of this Complaint, Plaintiffs have not received a response from FWS with a final determination as to whether FWS will release the requested records.

<u>COUNT I:</u>
<u>VIOLATION OF FOIA</u>

13. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

14. FWS has improperly withheld responsive records.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiffs respectfully request that this Court:

(1)     Declare Defendant's failure to comply with FOIA to be unlawful;

(2)     Order Defendant to grant Plaintiffs' requests for fee waivers and to grant Plaintiffs' fee status as members of the media and/or educational requesters;

(3)     Order Defendant to immediately process Plaintiffs' FOIA request;

(4)     Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E)(i); and

(5)     Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

   /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*